Motion DENIED AS MOOT.

*[signature]*

RECEIVED
SEP 13 2021
US DISTRICT COURT
MID DIST TENN

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DUSTIN FAEDER**, on behalf of his daughter JLF, and **AMY BETH COOTER FAEDER**, on behalf of her daughter JLF, <br><br> Plaintiffs, <br><br> v. <br><br> **NASHVILLE COLLEGIATE PREP**, et al., <br><br> Defendants. | No. 3:21-cv-00621 <br> Judge Trauger |

## SECOND MOTION FOR TIME EXTENSION TO PROVIDE COUNSEL FOR JLF

The Faeders hereby request a further time extension so they may provide for JLF to be appropriately represented by qualified counsel. In their first motion for an extension, which the Court granted, the Faeders requested a date of 10/30/21, hoping that Mr. Faeder's admission to practice in Federal Court would be scheduled for 10/13/21 (which the Court Clerk had reported by phone as being the next available admission date). When Mr. Faeder's application for admission was approved, however, the 10/13/21 admission date had already been filled. Mr. Faeder's admission date has now been confirmed with the Court Clerk for 12/13/21. Therefore, the Faeders respectfully request a time extension for an additional two months, until 12/30/21, so that Mr. Faeder can be admitted and then become attorney of record for JLF.